**Abatement Order filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00288-CV
_____

## IN RE ANTONIO SEPEDA, Relator

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 14-CV-0020**

---

## ABATEMENT ORDER

On April 1, 2015, relator Antonio Sepeda filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asked this Court to compel the Honorable Bret Griffin, Judge of the 212th District Court of Galveston County, Texas, to rule on relator's petition for expunction in trial court cause number 14–CV–0020.

On our own motion, we first consider the proper parties to this proceeding. We take judicial notice that Judge Griffin is no longer serving as Judge of the 212th District Court, and that Judge Patricia Grady now holds that position. Pursuant to Rule 7.2 of the Texas Rules of Appellate Procedure, Judge Grady is automatically substituted as a party, and this Court "must abate the proceeding to allow the successor to reconsider the original party's decision." *See* Tex. R. App. P. 7.2.

We therefore order the substitution of the Honorable Patricia Grady as respondent in this original proceeding, and abate the proceeding for 60 days from the date of this order. During the abatement, relator shall, by written pleading filed with the clerk of the trial court, specifically identify (by name and date of filing) each motion on which he seeks a ruling; request in a contemporaneously filed writing that the trial court clerk present the pleading to Judge Grady; obtain a ruling or documentation of the court's refusal to rule; and amend his petition and appendix in this Court accordingly. The Court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.